**(1)** For Cynthia Mahon

**CLOSED**

4-24-2007

**U.S. District Court**
**Eastern District of New York (Uniondale)**
**CIVIL DOCKET FOR CASE #: 9:98-cv-06240-JS-ETB**
**Internal Use Only**

▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬

**Plaintiff**

**Margaret Vetere**      represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE

*Margaret Vetere* (signature)

← Why this address

Respond in writing to this address.



CLOSED, MAG

**U.S. District Court**
**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:01-cv-05184-JS-ETB**
Internal Use Only





**Plaintiff**

Margaret Vetere                 represented by **Margaret Vetere**
                                                3333 Veterans Memorial Hwy
                                                Ste. F
                                                PMB 378
                                                Ronkonkoma, NY 11779
                                                PRO SE



# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05417-JS-ETB
Internal Use Only



CLOSED





**Plaintiff**

**Margaret Vetere**      represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE





# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05418-JS-ETB
#### Internal Use Only





**Plaintiff**

**Margaret Vetere**    represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE



⑤

## U.S. District Court
### Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05416-JS-ETB
### Internal Use Only

CLOSED, MAG





**Plaintiff**

**Margaret Vetere**      represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE



# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05478-JS-ETB
Internal Use Only




CLOSED

**Plaintiff**

**Margaret Vetere**  represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE



CLOSED

**U.S. District Court
Eastern District of New York (Central Islip)
CIVIL DOCKET FOR CASE #: 2:01-cv-05509-JS-ETB
Internal Use Only**




**Plaintiff**

**Margaret Vetere**　　　　　　　　　　represented by **Margaret Vetere**
　　　　　　　　　　　　　　　　　　　　　　　3333 Veterans Memorial Hwy
　　　　　　　　　　　　　　　　　　　　　　　Ste. F
　　　　　　　　　　　　　　　　　　　　　　　PMB 378
　　　　　　　　　　　　　　　　　　　　　　　Ronkonkoma, NY 11779
　　　　　　　　　　　　　　　　　　　　　　　PRO SE




CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05986-JS-ETB
### Internal Use Only




**Plaintiff**

**Margaret Vetere**  represented by  **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE



U.S. District Court
Eastern District of New York (Central Islip)
CIVIL DOCKET FOR CASE #: 2:01-cv-06541-JS-ETB
Internal Use Only

CLOSED





**Plaintiff**

Margaret Vetere     represented by **Margaret Vetere**
3333 Veterans Memorial Hwy
Ste. F
PMB 378
Ronkonkoma, NY 11779
PRO SE